Civil Action No. 2:26-CV-02083-DDC-RES

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* Dr. Montgomery Roberts, Advent Health, Records Custodian on *(date)* 11/12/2026 .

❒ I served the subpoena by delivering a copy to the named person as follows: By certified mail, green card receipt to Dr. Montgomery Roberts, Advent Health, Records Custodian at 7450 Kessler St. Ste. 204 Merriam, KS 66204 on *(date)* 11/19/2026 ; or

❒ I returned the subpoena unexecuted because: ______________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ______________ .

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/24/2026

Gayra Wright
*Server's signature*

Gayra Wright, Legal Administrative Assistant
*Printed name and title*

1551 N. Waterfront Pkwy, Ste. 100, Wichita, KS 67206
*Server's address*

Additional information regarding attempted service, etc.:

FP US POSTAGE
$011.27º
First-Class - IMI
ZIP 67206
11/12/2026
036B 0011831051

9589 0710 5270 3728 2670 35

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* TLS/gw 81678-70

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Foulston & Siefkin

Certified Mail Fee $ 5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) $ 4.65
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 1.07

Total Postage and Fees $ 11.27

Postmark Here: BMEU WICHITA, KS 67276 NOV 12 2026 USPS

Sent To: Dr. Montgomery Roberts c/o Advent Health

Street and Apt. No., or PO Box No.: Attn: Records Custodian 7450 Kessler St. Ste. 204

City, State, ZIP+4®: Merriam KS 66204

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3728 2670 35

9589 0710 5270 3728 2670 35

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only* TLS/gw 81678-70

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 5.55

Extra Services & Fees (check box, add fee as appropriate)
- ☑ Return Receipt (hardcopy) $ 4.65
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage $ 1.07

Total Postage and Fees $ 11.27

Sent To: Dr. Montgomery Roberts c/o Advent Health

Street and Apt. No., or PO Box No.: Attn: Records Custodian 7450 Kessler St. Ste. 204

City, State, ZIP+4®: Merriam KS 66204

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

FOULSTON
ATTORNEYS AT LAW
1551 N. WATERFRONT PARKWAY, SUITE 100
WICHITA, KANSAS 67206-4466

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr. Montgomery Roberts
c/o Advent Health
~~Attn~~: Records Custodian
7450 Kessler St. Ste. 204
Merriam KS 66204

9590 9402 9829 5266 1492 32

2. Article Number *(Transfer from service label)*

9589 0710 5270 3728 2670 35

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt